No. D–2181.  IN RE DISBARMENT OF POTTERS.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1288.]

No. D–2184.  IN RE DISBARMENT OF AULAKH.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1289.]

No. D–2186.  IN RE DISBARMENT OF FREMONT.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1294.]

No. D–2189.  IN RE DISBARMENT OF SEPE.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1294.]

No. D–2190.  IN RE DISBARMENT OF FERGUSON.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1294.]

No. D–2195.  IN RE DISBARMENT OF VOGEL.  Disbarment entered.  [For earlier order herein, see 530 U. S. 1295.]

No. D–2202.  IN RE DISBARMENT OF CONWAY.  Michael Anthony Conway, of Bloomfield Hills, Mich., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2203.  IN RE DISBARMENT OF LECK.  Lawrence W. Leck, of Chicago, Ill., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2204.  IN RE DISBARMENT OF MINTZ.  Lincoln N. Mintz, of Oakland, Cal., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2205.  IN RE DISBARMENT OF FREDENBERGER.  William Erwin Fredenberger, Jr., of Stafford, Va., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.